UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>LEE HENRY,                          )<br>    Defendant.                     )<br>)<br>)<br>) | CR. NO. 05-30010-MAP<br><br>VIOLATIONS<br>21 U.S.C. §841 (a)(1)<br>Distribute<br>or Possess with Intent to<br>Distribute Heroin |

## INDICTMENT

The Grand Jury charges that:

<u>COUNT ONE</u>:    (Title 21, United States Code, Section 841:
          Distribution and Possession with Intent to
          Distribute Heroin; Title 18, United States Code,
          Section 2: Aiding and Abetting)

    1.    On or about November 1, 2003, in Hampden County, in the District of Massachusetts,

LEE HENRY,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

    All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

1

<u>FORFEITURE ALLEGATION</u>

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

LEE HENRY,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Todd E. Newhouse
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on March 17, 2005.


_____ 2:35 pm
Deputy Clerk of Court

4

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts   **Category No.** 2   **Investigating Agency** DEA

**City** Springfield   **Related Case Information:**

**County** Hampden
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Lee Henry                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1967   SSN (last 4 #): 3147   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Todd E. Newhouse        Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  of Nov. 2003  in  Hampshire Cty House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 17, 2005       Signature of AUSA: _____

≋JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  LEE HENRY

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Distribute or Possess w/Intent to Distribute Heroin | 1 |
| Set 2 | 21 USC 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**