UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30010-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| v.       ) | |
| ) | |
| LEE HENRY,       ) | |
| Defendant.  ) | |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant LEE HENRY to increase the punishment that may be imposed by this Court upon defendant LEE HENRY'S conviction for the drug offense alleged in Count One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding LEE HENRY are the following:

1)   a felony conviction of guilty for Sale of a Controlled Substance; Docket Number H14H-CR98-0523584-S, Case Number 9829922, entered on July 16, 1999, in Hartford Superior Court, Hartford, Connecticut;

1

2)   a felony conviction of guilty for Sale on an Illegal Drug and Sale of a Narcotic; Docket Number H14H-CR98-0520203-S, Case Number 9816591, entered on July 16, 1999, in Hartford Superior Court, Hartford, Connecticut; and

3)   a felony conviction of guilty for possession with intent to distribute and distribution of heroin and possession with intent to distribute and distribution of cocaine base; Docket Number 03-30043-MAP, entered on January 13, 2005, in United States District Court for the District of Massachusetts.

Certified copies of the convictions have been ordered and received and will be maintained by the government.

Filed this 17th day of March, 2005.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                                _____
                                KEVIN O'REGAN
                                Assistant U.S. Attorney
                                Chief, Springfield
                                Branch Office

<u>CERTIFICATE OF SERVICE</u>

Hampden,   ss.                          Springfield, Massachusetts
                                          March 17, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant United States Attorney

3