✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| LEE HENRY | CASE NUMBER: 05-30010-MAP |

TYPE OF CASE:

☐ **CIVIL**   ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
| | March 30, 2005, at 12:30 p.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 24, 2005                             /s/ Bethaney A. Healy
DATE                                       (BY) DEPUTY CLERK

TO:   All counsel of record