## MARTINEZ & O'NEIL
*Attorneys at Law*
7 Stockbridge Street
Springfield, Massachusetts 01103
Tel (413) 733-6821  Fax (413) 746-4069

William J. O'Neil
Edelmiro Martinez, Jr., Of Counsel

May 11, 2005

112 Domenech Avenue
Hato Rey, Puerto Rico 00918
Tel (787) 764-9306  Fax (787) 766-1263

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street, Room 310
Springfield, MA 01103

RE:   United States of America vs. Lee Henry
      Criminal Nos : 05-30010-MAP
                    05-30010-MAP

Dear Attorney Newhouse:

Pursuant to Local Rule 116.3, the defendant, Lee Henry, requests the following items of discovery:

- Copies of any written rules and/or procedures promulgated by the Attorney General or his agents, servants or employees concerning the placement and removal of information on the NCIC;

- The work schedule for Special Agent Robert C. Lewis for the period from October 23, 2003 through November 1, 2003, specifically as to the dates on which he worked and whether he was assigned to the Hampden County Narcotics task force for that period of time; and

- An opportunity, at the Prosecution's convenience, to view the narcotics allegedly seized from the defendant.

If you have any questions, please contact this office.

Very truly yours,

William J. O'Neil

WJO/mtr