

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

May 16, 2005

William J. O'Neil, Esq.
7 Stockbridge Street
Springfield, MA 01103

    Re:  United States v. Lee Henry
          Criminal Nos. 05-30010-MAP; and 05-30011-MAP

Dear Attorney O'Neil:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B), Fed. R. Crim. P. 16(a)(1) and in response to your May 11, 2005 discovery letter, I am providing you with the following response.

    The undersigned does not have in his possession copies of any written rules regarding information submitted to NCIC. Further, it is my understanding that much of this kind of information can be accessed from various government web sites and is therefore equally available to all parties. Therefore, the government has no obligation to obtain and provide this material.

    SA Rob Lewis has never been assigned to the Hampden County Narcotics task force. SA Lewis generally works Monday through Friday between approximately 7:00 am and 6:00 pm and worked those hours between October 23, 2003 and November 1, 2003.

    The narcotics may be viewed at a mutually convenient time with sufficient notice. The drugs are stored at the DEA's Northeast Laboratory in New York City and it will take several days to have them brought to Springfield.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

1

```
                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:

                              _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney
Enclosures
cc: Bethany Healy,
     Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);
```

2