UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Nos. 05-30010-MAP |
| | ) 05-30011-MAP |
| | ) |
| v. | ) |
| | ) |
| LEE HENRY, | ) |
| Defendant. | ) |

NOTICE PURSUANT TO 18 U.S.C. § 3147

The United States of America, by and through its undersigned attorneys, hereby provides the defendant with Notice Pursuant to 18 U.S.C. § 3147 and U.S.S.G. 2J1.7 regarding a potential sentencing enhancement the defendant may face if he is convicted of committing a federal offense while on release on another federal offense.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

TODD E. NEWHOUSE
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                         Springfield, Massachusetts
                                     September 12, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

TODD E. NEWHOUSE
Assistant U.S. Attorney

1