UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                                )<br>)<br>)<br>LEE HENRY,                )<br>)<br>    Defendant      ) | Criminal Nos.: 05-30010-MAP |

DEFENDANT'S MOTION TO AMEND PROCEDURAL
ORDER RE: SENTENCING HEARING

    Now comes the defendant, Lee Henry, through his attorney, William J. O'Neil, who moves this Honorable Court for an order to amend the Court's Procedural Order of October 11, 2005, by continuing the sentencing hearing to a date no earlier than January 17, 2006.

    As grounds therefore, the defendant states that the government seeks to have the Court impose enhanced sentencing penalties as a result of the defendant's alleged status as a career offender. This career offender status is based upon two convictions in the State of Connecticut. Connecticut counsel for Mr. Henry has filed motions to re-open the cases upon which those convictions stand based upon improper plea colloquies. Connecticut counsel does not anticipate a decision on said motions prior to December 15, 2005 which is the presently scheduled date for sentencing in this matter.

    Defense counsel has attached an affidavit in support of this motion.

THE DEFENDANT
BY HIS ATTORNEY

/s/ William J. O'Neil
William J. O'Neil
7 Stockbridge Street
Springfield, MA 01103
(413) 733-6821
BBO# 548445

Dated: November 29, 2005

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon by mailing a copy thereof postage prepaid to Todd E. Newhouse, Assistant United States Attorney, 1550 Main Street, Springfield, MA 01115.

Date: November 29, 2005                                    William J. O'Neil