UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Nos.: 05-30010-MAP |
| V. ) | |
| ) | |
| LEE HENRY, ) | |
| ) | |
| Defendant ) | |

AFFIDAVIT

William J. O'Neil, on his oath, deposes and says as follows:

1. My name is William J. O'Neil and I represent the defendant in the above-entitled action.

2. The defendant is charged with distribution and possession with intent to distribute heroin under Title 21, U.S.C. Section 841.

3. The government has filed an information, stating that it intends to rely upon previous felony drug convictions of the defendant in Hartford Superior Court, Hartford, Connecticut, to increase the punishment that may be imposed by this Court upon the defendant's conviction for the offense alleged in Count One of the indictment in this matter.

4. I have been provided with copies of transcripts regarding the plea hearings in both Connecticut cases referred to by the government. I have also reviewed the provisions of Connecticut Practice Book 1998, sections 39-19 and 39-27 as well as the case of **State v. Elijah**, 34 Conn. App. 595, 642 A.2d 735 (1994). Based upon my review of said materials, I believe that the plea colloquy between the sentencing judge and Mr. Henry may have been inadequate.

5. I have discussed this issue with Attorney Linda Thompson who represents Mr. Henry in docket number 03-30043. Mr. Henry was previously convicted of 1) Distribution and Possession with Intent to Distribute Heroin; 2) Distribution and Possession with Intent to Distribute Cocaine Base. Both Attorney Thompson and I believe that if both of the Connecticut convictions are overturned, Mr. Henry would not be considered a career offender and not subject to the sentencing enhancements which result from that

   categorization.

6. The defendant is represented by Attorney Terry Bayer in the cases referenced in the information filed by the Government in this case.

7. On November 28, 2005, I spoke to Attorney Bayer. She indicated to me that she has reviewed the transcripts of the plea colloquies in both Connecticut cases. She believes that there are serious inadequacies in both colloquies with Mr. Henry.

8. Attorney Bayer has filed a motion in the Hartford Superior Court to re-open those cases due to an inadequate plea colloquy. The motion was filed during the week of November 21, 2005. A hearing has not been scheduled on that motion. A copy of the motion is attached hereto as Exhibit A.

9. Attorney Bayer was not optimistic that the motion could be heard or decided by December 15, 2005. She thought that hearing and decision on the motion could be completed by January 17, 2006.

10. I believe that a continuance of the sentencing hearing would be in Mr. Henry's best interests considering the severe penalties he would face if sentenced as a career offender.

   SIGNED UNDER THE PAINS AND PENALTIES on this 29th day of November, 2005.

                                          _____
                                          William J. O'Neil

# EXHIBIT "A"

NO.  CR98-523584
      CR98-0520230                               :             SUPERIOR COURT

STATE OF CONNECTICUT            :            G.A. 14

VS.                                              :            AT HARTFORD

LEE HENRY                           :            NOVEMBER 22, 2005

## MOTION TO VACATE PLEA AND SENTENCE

The defendant moves this Court pursuant to Practice Book §43-22, §39-26, §39-27 and §39-19 and Article I, §8 of The Connecticut Constitution and the Fifth and Fourteenth Amendments to the United States Constitution to vacate his pleas of guilty and the sentence imposed in the above entitled matter as the sentence was imposed in an illegal manner.

In support of this Motion the defendant submits the following pertinent information:

1. On June 8, 1999 Mr. Henry entered pleas of guilty to one count of Sale of a Controlled Substance in violation of Connecticut General Statutes "§21a-288(b)" in docket number CR98-520203. At the same time, the defendant pled to an additional charge of Possession of a Controlled Substance with Intent to Sell in violation of §21a-277(b) in docket number CR98-523584. (please see T. 6/8/99, p. 2).

2. The court (Conway, J.) canvassed the defendant as to the intelligent, knowing and voluntary nature of his plea.

3. Sentencing was deferred until July 16, 1999.

4. At that time the defendant was sentenced to a total effective sentence of five years suspended after eighteen months and three years of probation.

5. The defendant was sentenced on one count of Possession of Controlled Substance with Intent to Sell as agreed. However, on the other count, he was mistakenly sentenced on a charge of Possession of Narcotics with Intent to sell in violation of Connecticut General Statutes §21a-277(a). (T., 7/16/99, p.4).

6. The sentences as imposed did not comport with the terms of the defendant's plea agreement and are therefore illegal.

7. The defendant was not advised as to the penalties or elements of §21a-277(a).

8. The defendant did not knowingly, intelligently and voluntarily enter a plea to that charge.

WHEREFORE, the defendant respectfully requests that his Motion to Vacate Plea and Sentence be granted for the grounds stated and such other grounds as may be asserted at a hearing on this matter.

RESPECTFULLY SUBMITTED

By _____
Teri E. Bayer
BAYER, ODLUM & HYDE
250 Main Street
Hartford, CT 06106-1844
Tele. No. 860 522-0221
Fax No. 860 522 6647
Juris No. 002552
His Attorney

Argument is Requested

Testimony is NOT Required

2

BAYER, ODLUM & HYDE
ATTORNEYS AT LAW
250 MAIN STREET • HARTFORD, CT 06106-1844 • TEL. (860) 522-0221 • JURIS NUMBER 002552

## ORDER

The foregoing Motion, having been heard by the Court, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____          _____
Judge                                  Clerk

## CERTIFICATION

I hereby cerify that a copy of the foregoing Motion was mailed, postage prepaid to:

Office of the State's Attorney
G.A. 14
101 Lafayette Street
Hartford, Connecticut 06106

on November 22, 2005.

_____
Teri E. Bayer

3

BAYER, ODLUM & HYDE
ATTORNEYS AT LAW
250 MAIN STREET • HARTFORD, CT 06106-1844 • TEL. (860) 522-0221 • JURIS NUMBER 002552