UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30010-MAP |
| v. ) | |
| ) | |
| LEE HENRY, ) | |
| Defendant. ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO AMEND PROCEDURAL ORDER RE: SENTENCING HEARING

Now comes the United States of America, by and through its undersigned attorneys, and moves that this Court deny the Defendant's Motion to Amend Procedural Order Re: Sentencing Hearing (Motion). The government relies on the following in support thereof.

On October 7, 2005 the defendant pled guilty to the above captioned Indictment. That day the Court scheduled sentencing for December 15, 2005.

The defendant relies upon one reason in support of his Motion. The defendant states that he is attacking his Connecticut state court drug convictions and that cannot be accomplished before January 17, 2005. The government objects generally to postponing the defendant's sentencing in order that he might challenge state court convictions which are six years old. Moreover, the defendant states that the collateral attacks were not filed until November 22, 2005. It is likely that it will take many months for these motions to be heard and decided.

1

The government's position is that it is unreasonable to continue the sentencing for a lengthy period of time for this reason.

Therefore, the government objects to the defendant's Motion and moves that sentencing go forward on December 15, 2005.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>*/s/ Todd E. Newhouse/*
>TODD E. NEWHOUSE
>Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hamden, ss.                              Springfield, Massachusetts
                                         December 1, 2005

I, Todd E. NEW HOUSE, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

>*/s/ Todd E. Newhouse/*
>TODD E. NEWHOUSE
>Assistant United States Attorney