UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                                CASE NO.   03-30043
V.                                                                          05-30010
                                                                                05-30011

LEE HENRY

## NOTICE OF RESCHEDULING

PLEASE TAKE that the above-entitled case has been  RESET  for a SENTENCING HEARINGS on  January 27, 2006 at 2:00 p.m.   before Michael A. Ponsor, U.S. D.J  In  Courtroom #  1  on the  5th  floor.

SARAH THORNTON
CLERK OF COURT

12/5/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]