UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )        CASE NOS.:  03-30043
                         )                    05-30010
V.                       )                    05-30011
                         )
LEE HENRY,               )
                         )
       Defendant         )


### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

      Now comes the defendant, Lee Henry, through his attorneys,
William J. O'Neil and Linda Thompson, who moves this Honorable
Court for an order continuing the sentencing hearings in the
above referenced cases to a date no later than February 19, 2006.

      As grounds therefore, the defendant states that his
sentencing hearing was originally scheduled for December 15,
2005.  The Court, over the government's objection, allowed the
defendant's motion to continue the sentencing hearing based upon
his attempt to vacate convictions in the State of Connecticut.
The Court ruled that "the stakes for defendant are so high that
this final continuance is supportable".  The Court also ruled
that there will be no further extensions.

      It is counsels' understanding that a hearing on the
defendant's motions to vacate plea and sentence is presently
scheduled for January 19, 2006.  The defendant is unsure whether
said motions will be decided by January 27, 2006 which is the
date presently scheduled for the sentencing hearing.

      An affidavit is attached in support of this motion.

                                    LEE HENRY
                                    BY HIS ATTORNEYS


Dated: January 13, 2006             William J. O'Neil
                                    7 Stockbridge Street
                                    Springfield, MA 01103
                                    (413) 733-6821
                                    BBO# 548445

Dated: 1/13/06

Linda J. Thompson
1331 Main Street
Springfield, MA 01103
(413) 739-2100

CERTIFICATE OF SERVICE

     I, William J. O'Neil, Attorney for Lee Henry, do hereby certify that on January 18, 2006, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the United States District Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street
Springfield, MA 01103


     I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participant:

Linda J. Thompson
1331 Main Street
Springfield, MA 01103


Date: January 18, 2006         William J. O'Neil

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )          CASE NOS.:  03-30043
                          )                      05-30010
V.                        )                      05-30011
                          )
LEE HENRY,                )
                          )
        Defendant         )

AFFIDAVIT

        William J. O'Neil, under oath, deposes and says as follows:

1.      My name is William J. O'Neil and I was appointed to
        represent Lee Henry in Docket Nos.: 05-30010 and 05-30011.

2.      Mr. Henry was found guilty after trial in Docket No.: 03-
        30043.  He has pled guilty to the charges in the indictments
        referenced in paragraph one above.

3.      On November 29, 2005, I filed a motion to continue Mr.
        Henry's sentencing hearing which was originally scheduled
        for December 15, 2005.  This motion was filed due to the
        fact that Connecticut counsel had filed motions to vacate
        please and sentences entered in 1998 in the Connecticut
        State Courts.

4.      At the time the motion to continue was filed, Connecticut
        counsel indicated to me that she felt the motions could be
        heard and decided by January 17, 2006.

5.      On January 10, 2006, I spoke with Connecticut counsel who
        indicated to me that a hearing has been set for January 26,
        2006 on said motions.  I informed Connecticut counsel that
        sentencing in these cases was scheduled for January 27,
        2006.  Connecticut counsel indicated that scheduling a
        hearing was affected by the Court's ability to locate Mr.
        Henry's file as well as the logistics of scheduling a
        hearing since the sentencing judge was no longer sitting in
        Hartford and that defense counsel and the prosecutor would
        have to travel to New Haven for the hearing on said motions.
        I have attached a letter from Connecticut counsel dated
        January 12, 2006.

6.    I believe that a continuance of the sentencing hearing would
      be in Mr. Henry's best interests considering the severe
      penalties he faces if sentenced as a career offender.  In
      addition counsel for Mr. Henry in the present cases have had
      no involvement in the scheduling of the motions in
      Connecticut so they are dependant upon the Connecticut
      courts and lawyers for estimates as to deadlines, hearing
      dates and court decisions.

7.    This motion is filed in good faith and not for the purpose
      of delay.


      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY on this 13th
day of January, 2006.

                                        WILLIAM J. O'NEIL

01/12/06  17:38  FAX 18605226647          BAYER, ODLUM, HYDE                    ☑02

# BAYER, ODLUM & HYDE
## ATTORNEYS AND COUNSELORS AT LAW
### 250 MAIN STREET
### HARTFORD, CONNECTICUT 06106

PETER F. ODLUM
JOHN R. HYDE
TERI E. BAYER

TELEPHONE (860) 522-0221
TELECOPIER (860) 522-6647

ARNOLD E. BAYER
1961-1983

January 12, 2006

William O'Neil, Esquire

RE:  **State of Connecticut vs. Lee Henry**
     **CR 98-523584**
     **CR 98-520230**

Dear Attorney O'Neil:

As you are aware, I filed motions to vacate the pleas and sentences in the above captioned matters  I filed said motions on November 22, 2005.

There have been delays in obtaining the court files and scheduling a hearing before the sentence judge.  After much prodding on my part, a hearing has been scheduled for January 19, 2006 at 9:00 a.m.  The proceedings will take place at the Juvenile Court in New Haven where Judge Conway currently sits.

Thank you for your patience.

Very truly yours,

Teri E. Bayer

TEB:jv