```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
V.                        )     CASE NO.: 05-30010
                          )
LEE HENRY,                )
                          )
     Defendant            )

               MOTION FOR TRANSCRIPTS AT
                  GOVERNMENT EXPENSE
```

   The defendant, Lee Henry, hereby moves for an order that the transcripts of his sentencing hearing be prepared at public expense for the reason that he has filed his Notice of Appeal; he has been represented throughout this prosecution by assigned counsel; and he is indigent.

                                    THE DEFENDANT,
                                    By His Attorney

Dated: February 13, 2006            William J. O'Neil
                                    7 Stockbridge Street
                                    Springfield, MA 01103
                                    (413) 733-6821
                                    BBO# 548445

CERTIFICATE OF SERVICE

    I, William J. O'Neil, Attorney for Lee Henry, do hereby certify that on February 13, 2006, I electronically filed the Motion For Transcripts At Government Expense with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street
Springfield, MA 01103

Date: February 13, 2006
                                          William J. O'Neil