UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
V.                       )        CASE NO.: 05-30010
                         )
LEE HENRY,               )
                         )
        Defendant        )

MOTION TO WAIVE FILING FEE
FOR NOTICE OF APPEAL

The defendant, Lee Henry, requests an order waiving the
filing fee for the Notice of Appeal that was filed on February 6,
2006.  Mr. Henry is currently incarcerated at the Hampshire
County House of Correction in Northampton, Massachusetts.  On
January 30, 2006, he was sentenced to one hundred sixty eight
months on docket number 05-30010.  He is indigent.  His counsel,
William J. O'Neil, had a CJA appointment.  He was appointed on
March 23, 2005 by U.S. District Court Judge Michael A. Ponsor.

WHEREFORE, the defendant, Lee Henry, requests an order
waiving the filing fee for the Notice of Appeal that was filed on
February 6, 2006.

THE DEFENDANT,
By His Attorney

Dated: February 13, 2006          William G. O'Neil
                                  7 Stockbridge Street
                                  Springfield, MA 01103
                                  (413) 733-6821
                                  BBO# 548445

CERTIFICATE OF SERVICE

I, William J. O'Neil, Attorney for Lee Henry, do hereby certify that on February 13, 2006, I electronically filed the Motion to Waive Filing Fee For Notice Of Appeal with the United States District Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street
Springfield, MA 01103


Date: February 13, 2006                    _____
                                           William J. O'Neil