## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cr-30010

United States of America

v.

Lee Henry

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/6/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 14, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/14/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-30010-MAP-ALL

Case title: USA v. Henry

Date Filed: 03/17/2005

Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman

**Defendant**

**Lee Henry** (1)
*TERMINATED: 01/30/2006*

represented by **William J. O'Neil**
Martinez & O'Neil
7 Stockbridge St.
Springfield, MA 01103
413-733-6821
Fax: 413-796-7828
Email: WJOLaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**William J. O'Neil**
7 Stockbridge Street
Springfield, MA 01103
US
413-733-6821
Fax: 413-746-4069
Email: wjolaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

**Disposition**

168 months imprisonment, to consist of 144 mos for the offense to be followed by a consecutive term of 24 mos per 18:3147, all to be served concurrently w/sentence imposed in U.S. District Court Dkt. no: 03-30043; Jud. Rec. Def. be permitted to participate in th 500 hour Residential Drug Abuse Program; Def. remanded to custody of U.S. Marshal; Supervised release 6 yrs;

HEROIN; 21 U.S.C. 841(a)(1) (1)

Possess no firearm; cooperate in collection of DNA as directed; Participate in pforgram for substance abuse as directed which program may include testing and contribute to costs based on ability to pay; Participate in mental health treatment program as directed and contribute to costs based on ability to pay $100 assessment fee due immediately;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA          represented by   **Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 1 | INDICTMENT as to Lee Henry (1) count 1. (Healy, Bethaney) (Entered: 03/22/2005) |
| 03/17/2005 | 2 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Lee Henry (Healy, Bethaney) (Entered: 03/22/2005) |
| 03/23/2005 |   | Attorney update in case as to Lee Henry. Attorney William J. O'Neil for Lee Henry added. (Healy, Bethaney) (Entered: 03/24/2005) |

| 03/24/2005 | 3 | NOTICE OF HEARING as to Lee Henry Arraignment and Intitial Appearance Hearing set for 3/30/2005 at 12:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl.(Finn, Mary) (Entered: 03/24/2005) |
|---|---|---|
| 03/30/2005 | 4 | Judge Kenneth P. Neiman : SCHEDULING ORDER as to Lee Henry entered. Any discovery letters shall be sent and filed by 5/11/2005, responses due within fourteen (14) days of receipt or by 5/25/2005, whichever date occurs first. Status Conference set for 5/16/2005 at 02:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Joint memorandum due by close of business on 5/12/2005; cc/cl. (Finn, Mary) (Entered: 03/31/2005) |
| 03/30/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman :Arraignment as to Lee Henry (1) Count 1 held on 3/30/2005, Plea entered by Lee Henry (1) Count 1. by Lee Henry Not Guilty on counts 1. (Court Reporter CD Recorder.) (Stuckenbruck, John) (Entered: 04/04/2005) |
| 03/30/2005 | 5 | NOTICE re: automatic disclosure as to Lee Henry (Stuckenbruck, John) (Entered: 04/04/2005) |
| 04/07/2005 | 6 | Govt's Letter (non-motion) regarding discovery obligations as to Lee Henry filed.(Finn, Mary) (Entered: 04/07/2005) |
| 04/29/2005 | 7 | NOTICE OF HEARING as to Lee Henry ISSUED, cc:cl. Status Conference rescheduled to 5/16/2005 at 1:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 04/29/2005) |
| 05/12/2005 | 8 | JOINT MEMORANDUM of the parties re initial status conference by Lee Henry & USA (Stuckenbruck, John) (Entered: 05/12/2005) |
| 05/13/2005 | 9 | Letter (non-motion) regarding LR 116.3 request for discovery as to Lee Henry (Lindsay, Maurice) (Entered: 05/13/2005) |
| 05/16/2005 | 10 | Govt's Letter (non-motion) regarding discovery obligations as to Lee Henry filed. (Finn, Mary) (Entered: 05/17/2005) |
| 05/17/2005 | 11 | Judge Kenneth P. Neiman : ORDER entered. FINAL STATUS REPORT as to Lee Henry entered. Pretrial Conference set for 6/24/2005 at 02:00 PM in Courtroom 15 before Judge Michael A Ponsor. Deft. will report at the time what dispositive motions, if any, he intends to file. Order of excludable delay to issue; cc/cl. (Finn, Mary) (Entered: 05/17/2005) |
| 05/17/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Newhouse and O'Neil) appear for Status Conference as to Lee Henry held on 5/17/2005. Final status report to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 05/18/2005) |
| 05/19/2005 | 12 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Lee Henry, ENTERED, cc:cl. Time excluded from April 13, 2005 until May 16, 2005. (Healy, Bethaney) (Entered: 05/19/2005) |

| | | |
|---|---|---|
| 07/15/2005 | 13 | Deft's MOTION to Suppress Evidence as to Lee Henry filed.(Finn, Mary) (Entered: 07/15/2005) |
| 07/15/2005 | 14 | Deft's MEMORANDUM in Support of his 13 MOTION to Suppress Evidence by Lee Henry filed.(Finn, Mary) (Entered: 07/15/2005) |
| 07/15/2005 | 15 | Pltf's AFFIDAVIT of William J. O'Neil in Support of his 13 MOTION to Suppress Evidence by Lee Henry filed. (Finn, Mary) (Entered: 07/15/2005) |
| 08/11/2005 | 16 | Govt's RESPONSE to Motion by Lee Henry re 13 MOTION to Suppress Evidence filed. (Finn, Mary) (Entered: 08/12/2005) |
| 08/22/2005 | 17 | Govt's Letter (non-motion) regarding discovery as to Lee Henry filed. (Finn, Mary) (Entered: 08/23/2005) |
| 08/25/2005 | | Continuation of Evidentiary hearing re: Motion to suppress Hearing as to Lee Henry: Evidentiary Hearing set for 9/7/2005 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. (Counsel notified by phone) (French, Elizabeth) (Entered: 08/25/2005) |
| 09/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Evidentiary Hearing as to Lee Henry held on 9/7/2005 10:00 a.m.; Continuation of Testimony of Robert Lewis; Craig Davis; Lee Henry; Motion to suppress denied (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/07/2005) |
| 09/07/2005 | | Set/Reset Hearings as to Lee Henry: Status Conference set for 9/16/2005 01:45 PM in Courtroom 1 before Judge Michael A Ponsor. (Conference set at Hearing this date in open court - Counsel requests defendant to be present) (French, Elizabeth) (Entered: 09/07/2005) |
| 09/12/2005 | 18 | NOTICE pursuant to 18 U.S.C 3147 by USA as to Lee Henry (Lindsay, Maurice) (Entered: 09/16/2005) |
| 09/15/2005 | | NOTIFICATION BY PHONE as to Lee Henry:, Set/Reset Deadlines/Hearings as to Lee Henry: Status Conference reset for 9/20/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Due to unavailable of Marshals and request by defendant to appear for status counsel agrees to continuance) (French, Elizabeth) (Entered: 09/15/2005) |
| 09/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Lee Henry held on 9/20/2005 (Defendant present) Trial date given to counsel of 10/31/05 at 9:00 a.m.; Counsel to report as to whether trial or plea will go forward by close of business 9/30/05 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/20/2005) |
| 09/20/2005 | 19 | Govt's MOTION for Excludable Delay for time period from September 20, 2005 to October 31, 2005 as to Lee Henryby USA filed. (Finn, Mary) (Entered: 09/21/2005) |
| 09/22/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 19 Motion |

| | | |
|---|---|---|
| | | to Exclude as to Lee Henry (1) "Theinterests of justice, particularly the need for defense counsel to prepare, outweigh the usual interest in a speedy trial" (French, Elizabeth) (Entered: 09/22/2005) |
| 09/27/2005 | | NOTICE OF HEARING as to Lee Henry (COUNSEL NOTIFIES CLERK DEFENDANT WILL CHANGE HIS PLEA Change of Plea Hearing set for 10/7/2005 11:30 AM in Courtroom 1 before Judge Michael A Ponsor. All counsel notified by phone(French, Elizabeth) (Entered: 09/27/2005) |
| 10/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Lee Henry held on 10/7/2005, Plea entered by Lee Henry (1) Guilty Count 1. Sentencing set for 12/15/05 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 10/11/2005) |
| 10/11/2005 | 20 | Judge Michael A Ponsor : ElectronicORDER entered. PROCEDURAL ORDER re sentencing hearing as to Lee Henry Sentencing set for 12/15/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/11/2005) |
| 11/14/2005 | 21 | Dft's SEALED EX PARTE MOTION as to Lee Henry. (Lindsay, Maurice) (Entered: 11/14/2005) |
| 11/15/2005 | | *SEALED*    Judge Michael A Ponsor : Electronic ORDER entered granting [21] Sealed Motion as to Lee Henry (1) W/LIMITATIONS (French, Elizabeth) (Entered: 11/15/2005) |
| 11/30/2005 | 25 | Opposition by USA as to Lee Henry re 23 MOTION to Amend 20 Procedural Order re sentencing hearing (Stuckenbruck, John) (Entered: 12/02/2005) |
| 12/01/2005 | 23 | Dft's MOTION to Amend 20 Procedural Order re sentencing hearing as to Lee Henry. (Lindsay, Maurice) (Entered: 12/01/2005) |
| 12/01/2005 | 24 | Dft's AFFIDAVIT of William J. O'Neil in Support 23 MOTION to Amend 20 Procedural Order re sentencing hearing, by Lee Henry (Attachments: # 1 Exhibit A)(Lindsay, Maurice) (Entered: 12/01/2005) |
| 12/05/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 23 Motion to Amend as to Lee Henry (1) The clerk will reschedule the sentencing for a date ater 1/17/06; The stakes for defendant are so high that this final continuance is upportable. There will be no further extensions (French, Elizabeth) (Entered: 12/05/2005) |
| 12/05/2005 | 26 | NOTICE OF RESCHEDULING as to Lee Henry Sentencing RESET for 1/27/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) Additional attachment(s) added on 12/5/2005 (Finn, Mary). Modified on 12/5/2005 to attach corrected notice. (Finn, Mary). (Entered: 12/05/2005) |
| 12/05/2005 | 27 | Judge Kenneth P. Neiman : ORDER entered. CJA 20 as to Lee Henry: Appointment of Attorney William J. O'Neil for Lee Henry. (Finn, Mary) (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 01/18/2006 | 28 | MOTION to Continue *Sentencing Hearing* as to Lee Henry. (Attachments: # 1 Page Two# 2 Certificate of Service# 3 Affidavit Page 1# 4 Affidavit Page 2# 5 Exhibit Letter fro Attorney Bayer)(O'Neil, William) (Entered: 01/18/2006) |
| 01/18/2006 | 29 | Govt's Objectin (Opposition) by USA as to Lee Henry re 28 Seventh MOTION to Continue *Sentencing Hearing* filed. (Finn, Mary) (Entered: 01/19/2006) |
| 01/19/2006 |  | Judge Michael A Ponsor : Electronic ORDER entered denying 28 Motion to Continue Sentencing as to Lee Henry (1) (French, Elizabeth) (Entered: 01/19/2006) |
| 01/24/2006 | 30 | SENTENCING MEMORANDUM by Lee Henry (Attachments: # (1) Page 2# (2) Page 3# (3) Page 4# (4) Page 5# (5) Page 6# (6) Page 7# (7) Page 8# (8) Page 9# (9) Page 10# (10) Page 11# (11) Certificate of Service# (12) Exhibit Transcript Title Page# (13) Exhibit Transcript Page 1# (14) Exhibit Transcript Page 2# (15) Exhibit Transcript Page 3# (16) Exhibit Transcript Page 4# (17) Exhibit Transcript Page 5# (18) Exhibit Transcript Page 6# (19) Exhibit Transcript Page 7# (20) Exhibit Transcript Page 8# (21) Exhibit Transcript Page 9# (22) Exhibit Transcript Page 10# (23) Exhibit Transcript Page 11# (24) Exhibit Transcript Page 13# (25) Exhibit Docket Sheet Page 1# (26) Exhibit Docket Sheet Page 2# (27) Exhibit Transcript Page 12)(O'Neil, William) Additional attachment(s) added on 1/25/2006 (Finn, Mary). (Entered: 01/24/2006) |
| 01/27/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 1/27/2006 for Lee Henry (1), Count(s) 1, 168 months imprisonment, to consist of 144 mos for the offense to be followed by a consecutive term of 24 mos per 18:3147, all to be served concurrently w/sentence imposed in U.S. District Court Dkt. no: 03-30043; Jud. Rec. Def. be permitted to participate in th 500 hour Residential Drug Abuse Program; Def. remanded to custody of U.S. Marshal; Supervised release 6 yrs; Possess no firearm; cooperate in collection of DNA as directed; Participate in pforgram for substance abuse as directed which program may include testing and contribute to costs based on ability to pay; Participate in mental health treatment program as directed and contribute to costs based on ability to pay $100 assessment fee due immediately;. (Court Reporter Donna Malone.) (French, Elizabeth) (Entered: 01/31/2006) |
| 01/30/2006 | 31 | Judge Michael A Ponsor : Electronic ORDER entered. JUDGMENT as to Lee Henry (1), Count(s) 1, 168 months imprisonment, to consist of 144 mos for the offense to be followed by a consecutive term of 24 mos per 18:3147, all to be served concurrently w/sentence imposed in U.S. District Court Dkt. no: 03-30043; Jud. Rec. Def. be permitted to participate in th 500 hour Residential Drug Abuse Program; Def. remanded to custody of U.S. Marshal; Supervised release 6 yrs; Possess no firearm; cooperate in collection of DNA as directed; Participate in pforgram for substance abuse as directed which program may include testing and contribute to costs based on ability to pay; Participate in |

| | | |
|---|---|---|
| | | mental health treatment program as directed and contribute to costs based on ability to pay $100 assessment fee due immediately; (French, Elizabeth) (Entered: 01/31/2006) |
| 02/06/2006 | 32 | NOTICE OF APPEAL by Lee Henry re 31 Judgment,,, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/27/2006. (O'Neil, William) (Entered: 02/06/2006) |
| 02/07/2006 | | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 02/07/2006) |