# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __U.S. v. Henry__
District Court Case No. __05-30010__    District of __Massachusetts__
Date Notice of Appeal filed __2/6/06__    Court of Appeals Case No. __06-1298__
Form filed on behalf of __Lee Henry__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Alice Moran (9/7/05, 10/7/05)   Donna Malone (1/27/06)__
Phone Number of Reporter __413-731-0016__    __413-527-8112__

A. __✓__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☑ Change of Plea | 10/7/05 |
| ☑ Sentencing | 1/27/06 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☑ Other (specify) | 9/7/05 Motion to suppress hearing |

NOTE: Failure to specify in adequate detail the proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☑ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Kenneth I. Seiger__    Filer's Signature __[signature]__
Firm/Address __P.O. Box 470725  Brookline MA 02447__
Telephone number __617-277-8544__    Date mailed to court reporter __3/13/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)    SEE INSTRUCTIONS ON REVERSE