## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  06-1298

USDC Docket Number :  05-30010-MAP

United States of America

v.

Lee Henry

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered   are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By:

, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  06-1298

USDC Docket Number :  05-30010-MAP

United States of America

v.

Lee Henry

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered   are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By:
, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____