Lee A. Henry Jr.
Reg# 90777038
FCI Loretto
P.O. Box 1000
Loretto, PA. 15940

U.S. DISTRICT COURT
DISTRICT OF MASS

May 7, 2008

Office of the Clerk
District Clerk
1550 Main Street
Springfield, MA. 01103

Re: 05-30010-MAP
    05-30011-MAP
    03-30043-MAP

Dear Clerk

I would like to know how would I get a copy of the information that was filed pursuant to 21 U.S.C §851 by the government in the above cases, also I would like to know how would I get a copy of the August 24, 2005 suppression hearing transcripts, I have the September 7, 2005 transcripts for cases 05-30010 and 30011. I have sent a letter to my prior counsel William O'Neil pertaining to the transcripts I have not received an answer. I am preparing to file a motion under 2255 and a petition for certioari the petition is due on June 5, 2008 I have filed for an extension, but I would still appreciate a prompt response. Your help will be greatly appreciated.

Sincerely,

Lee A. Henry Jr.