UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEE A. HENRY, JR.,            )
  Petitioner                  )
                              )
           v.                 ) Case No. 05-cr-30010-MAP
                              )
UNITED STATES OF AMERICA,     )
  Respondent                  )

ORDER REGARDING
APPOINTMENT OF COUNSEL

June 25, 2013

**PONSOR, U.S.D.J.**

Petitioner has filed a Motion for Reconsideration of the court's denial of his Motion for Habeas Corpus relating to his 2003 and 2005 drug convictions. Petitioner argues, in essence, that the court committed a procedural error at sentencing in its calculation of the Guidelines sentencing range, and that Petitioner's counsel at the time was ineffective for failing to point this error out. The overlap between the two criminal cases and the law governing the petition make this a complicated case. Petitioner argues that the fact that one or more of his predicate offenses constituted Alford pleas has created an ambiguity given the Second Circuit's opinion in U.S. v. Savage, 542 F.3d 959, 966 (2d Cir. 2008), as to whether his prior convictions were for an eligible "controlled substance offense" under § 4B1.1 of the Sentencing Guidelines. Whether an error occurred at the

sentencing, and whether defense counsel were ineffective for failing to raise the error with the court at the time of sentencing, are questions requiring further exploration. The government's memorandum in opposition to the Motion for Reconsideration does not address these complexities.

With this in mind, the court hereby orders the clerk to appoint counsel to represent Petitioner in connection with his Motion for Reconsideration. Once counsel is appointed, the clerk will set the matter for a status conference to establish a schedule for a further round of briefing.

It is So Ordered.

                                                  /s/ Michael A. Ponsor
                                                  MICHAEL A. PONSOR
                                                  U. S. District Judge